IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew D. Diamond; Susan E. Diamond, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> One West Bank, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CV-09-1593-PHX-FJM <br><br> **ORDER** |

The court has before it plaintiffs' motion for expedited reconsideration of order regarding the bond requirement (doc. 62). Defendants may file a response to the motion no later than five days from the entry of this order.

DATED this 11th day of May, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge