**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew D. Diamond; Susan E. Diamond, <br> Plaintiffs, <br> vs. <br> One West Bank, et al., <br> Defendants. | No. CV-09-1593-PHX-FJM <br><br> **ORDER** |

We now have before us plaintiff Matthew Diamond's motion for reconsideration (doc. 62) of our order dated April 29, 2010, in which we granted plaintiff's motion for preliminary injunction and ordered plaintiff to post a bond in the amount of $30,000 as security pursuant to Rule 65(c), Fed. R. Civ. P. (doc. 61). We also have before us OneWest Bank's response (doc. 65).

Plaintiff contends that he is financially unable to post a bond in the full amount of $30,000 and instead suggests that he be allowed to pay into the court monthly payments in the amount of $2,142.85 for a period of 14 months until the $30,000 bond amount is fully satisfied.

We conclude that these monthly payments, plus the security interest OneWest maintains by virtue of the deed of trust on the property is sufficient security under Rule 65, Fed. R. Civ. P.

1  Therefore, **IT IS ORDERED GRANTING** plaintiff's motion for reconsideration
2 (doc. 62) and amending our order dated April 29, 2010, to provide that beginning June 1,
3 2010, and continuing on the 1st day of each month thereafter, plaintiff shall make 13 monthly
4 payments to the court in the amount of $2,142.85, with the final payment of $2,142.95 on
5 July 1, 2011, until the $30,000 bond requirement is satisfied in full. Each payment must be
6 in guaranteed funds and accompanied by a Notice of Deposit filed with the Clerk of the
7 Court.

DATED this 27th day of May, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge